

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Mr. Geo. W. Cox, M.D.
State Health Officer
State Board of Health
Austin, Texas

Dear Sir:

Opinion No. O-1465
Re: Is there anything in the attached
letter which does not come within
the purview of S.B. No. 427, Acts
Forty-sixth Legislature?

Your request for our opinion on the above stat-
ed question has been received by this department. The
letter attached with your inquiry reads as follows:

"Dear Friend:

You are cordially invited to attend the
Seventeenth Annual Meeting of the Texas State
Public Health Association which will be held
in the City of Galveston on October 2,3, and
4. Each morning of these three days will be
devoted to general sessions in which speakers
from all walks of life will bring interesting
discussions of public health as it relates to
various specialties and activities. Of parti-
cular interest to all visitors will be the lec-
tures of the distinguished visitors, among whom
are: Mr. John J. Carmody, Director of the Public
Works Agency; Doctor Preston Hunt, President-
Elect and Fraternal Delegate of the Texas State
Medical Association; Surgeon E.R. Coffey, As-
sistant Chief of Domestic Quarantine, United
States Public Health Service, Washington;
Assistant Surgeon John R. Heller, Consultant
in Venereal Disease Control of the United States
Public Health Service; Doctor Frances C. Robert,

Dr. Geo. W. Cox, page 2

Regional Medical Consultant of the Children's
Bureau, New Orleans; and many other notables.

"We expect this to be the best program
that has ever been held by the Texas State Public
Health Association, and we will be most happy
to see you in attendance.

"Kindest personal regards."

"Sincerely yours

/s/ Geo. W. Cox, M.D.
State Health Officer"

We are informed that your inquiry refers to
paragraph 4 on page 150 of S.B. 427, Acts of the Forty-
sixth Legislature, which reads as follows:

"No department or bureau included in this
Act shall use any of the funds appropriated to
such department or bureau, either directly or
indirectly, for the purpose of telephoning,
telegraphing or distributing either by hand or
through the mails, any literature, propaganda,
letters, or bulletins, or any other matter print-
ed or written, or to make any radio speech or
speeches, whether transcribed or not, or any
other speech or speeches under any circumstances
which has the effect of publicizing or direct-
ing attention to or tending to publicize or di-
rect attention to any individual, official or
employee of such department or bureau, or of any
other department or bureau. It is further pro-
vided that no department or bureau shall main-
tain any publicity department or have in its
employ or under its direction any employee or
other person who has the title or who performs
the duties or functions of a public relations
agent, publicity agent or press agent. It is
provided, however, that none of these restric-
tions shall apply in the event it becomes ne-

Dr. Geo. W. Cox, page 3

cessary, in the opinion of the head of the department or bureau, as a proper function of the department or bureau, or in the interest of the general public, for such department or bureau, through any of its authorized agents, to issue any statements or impart any information by the usual methods, and in so doing, said statements shall be issued or information imparted in the name of such department or bureau and shall be issued under or have attached thereto the name of the official or agent authorized to issue the same, but shall not otherwise include the name of any individual, official or employee of such department or bureau or of any other department or bureau."

You are respectfully advised that it is the opinion of this department that the above quoted section of S.B. 427, Acts of the Forty-sixth Legislature, or any other statutes of this state, do not prohibit your department from sending the above quoted proposed letter to the City Health Officers, County Health Officers and other persons interested in public health, inviting them to attend the Seventeenth Annual Meeting of the Texas State Public Health Association.

Trusting that the foregoing fully answers your inquiry, we remain

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _Ardell Williams_

Ardell Williams
Assistant

AW:ob

APPROVED SEP 22, 1939

_Gerald C. Mann_

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY Blob
CHAIRMAN